UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$16,978.29 IN UNITED STATES CURRENCY,<br><br>Defendant. | Case No. 3:12-cv-00425-MMD-WGC<br><br>JUDGMENT OF FORFEITURE |

A verified Complaint for Forfeiture in Rem was filed on August 13, 2012. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes or is derived from proceeds traceable to a violation of 18 USC §§ 1028 (identification fraud), 1028A (aggravated identity theft), and/or 1343 (wire fraud) and is, therefore, subject to forfeiture to the United States pursuant to 18 USC § 981(a)(1)(C).

Process was fully issued in this action and returned according to law.

Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on August 16, 2012, the United States Marshals Service arrested the defendant property on September 5, 2012.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site,

www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants, including Mark Enriquez, Frank Robinson, and Stephanie Reeves.

A verified claim was filed (#23) on August 30, 2013, by Mark Enriquez. By Order (#26) entered November 21, 2013, the claim filed by Mark Enriquez was stricken. Based on the claim of Mark Enriquez having been stricken, no person or entity has filed a claim, an answer, or any other responsive pleading within the time permitted by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Default (#28) was entered on November 25, 2013, of the defendant funds, specified individuals and entities, and all other persons or entities who claim an interest in the defendant property.

Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that <u>Judgment</u> be and is entered against the defendant

$16,978.29 IN UNITED STATES CURRENCY

and against all persons and/or entities, having any interest in such property and that the defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property shall exist in any other party. The defendant property shall be disposed of according to law.

Date: December 20, 2013.

_____
UNITED STATES DISTRICT JUDGE